1    MATTHEW STEWART 45515048
     FEDERAL CORRECTIONAL INSTITUTE
2    TERMINAL ISLAND
     POST OFFICE BOX 3007
3    SAN PEDRO, CALIFORNIA 90733

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

4                    UNITED STATES DISTRICT COURT

5                    CENTRAL DISTRICT OF CALIFORNIA

6    MATTHEW STEWART,              )
                 Plaintiff,        )
7    v.                            )     Case No. CV16-04101 PSG (AGR)
                                   )
8    WELLS FARGO,                  )
                                   )
9                                  )         COMPLAINT
                                   )
10   _____Defendant._____      )

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

11   A.                    JURISDICTION

12       1.          This is an action that alleges that this court has federal

13   question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because

14   this is a civil action arising out of the federal laws of the Uited States.

15   B.                    DEFINITIONS

16       2.          The Plaintiff, Matthew Stewart is a "Consumer" as defined

17   by 15 U.S.C. § 1681 as an individual. This definition extends to any human

18   entity that procures obtaining credit.

19       3.          The Defendant, Wells Fargo is a "Furnisher" of credit

20   information whom provides credit information to Credit Reporting Agencies as

21   defined by  15 U.S.C. § 1681, et al.

22   C.                  STATEMENT OF THE CASE

23       4.          The Plaintiff received his personal credit profile and

24   discovered that a secured credit card in his name was closed as of June of

25   2011. Earlier in the year of February, March, April and May of 2011, Wells

26   Fargo card service reported his payments late which never happened. Several

27   notices  were sent to Wells Fargo, Tran  Union, Experian, and Equifax disputing

28   the 'incomplete and inaccurate' information. The Plaintiff is stating that

the information Wells Fargo is providing is misleading in such a way that it can adversely affect credit decisions by other creditors. Wells Fargo reported wrong and missed crucial data which is an important process in consumer lending practices. The Plaintiff cancelled his secured credit card with Wells Fargo and requested his deposit back. The Plaintiff began the process and received his initial response November, 4 2013. In that letter, Wells Fargo Stated, " It is difficult to view your records at this time." On December 27, 2013, Wells Fargo sent a letter to Plaintiff responding to him that the account was closed July 26, 2011 with an overdraft fee for $1.17   On January 21, 2014, The Defendant said that the customer service department was unable to locate the credit card account. As a courtesy, Wells Fargo sent complimentary statements from October 1, 2010 through June 30, 2011. On July 17, 2014, Wells Fargo stated that information regarding the Plaintiffs credit account was unlocatable. They asked for the Name, Account Number, and Dollar amount of the suspected error. The Plaintiff on three prior occasions sent a copy of the credit report indicating the error, his Identification card and copies of the dollar amount in dispute with the Defendant. The Plaintiff also indicated that the incorrect information was reflected on his credit report. On October 17, 2014, The Plaintiff spoke to a customer bank representative regarding a replacement check for $1,410.00 which was sent in error several years prior. The representative said as long as the initial check was not cashed, a new check could be sent. The Plaintiff stated in that letter, no check was re-sent nor was there any communication from Wells Fargo. The dirogatory credit account which was inaccurate, false, misleading and incomplete still remained on the Plaintiff's personal credit profile. A response from the Defendant was received on November 6, 2014 stating again that there was no such account that existed. A tenth letter over a two year

period was sent to the Defendant expressing his frustration over the matter because of the many attempts needed over several years of communication with Wells Fargo. **See Exhibit A.**

5. On January 12, 2015, The Defendant sent a letter stating that there was no active accounts in reference to any visa card ending in XXX4412. On July 20, 2015, The Plaintiff Sent a letter to Experian, Trans Union, and Equifax stating that the Wells Fargo Bank information reporting on his personal credit profile ending in XXX1030 was incorrect, incomplete, and misleading. The Plaintiff sent subsequent notices to the three main credit reporting agencies until February of 2016. There was no response from Wells Fargo through Experian, Trans Union or Equifax on the matter even though notices to dispute the information on the Plaintiff's credit report was sent. Wells Fargo continued to try and collect on a debt that never existed. **See   Exhibit A** On January 18, 2016, The Plaintiff received a copy of his credit report from Experian (Credit Reporting Agency) and a comment was placed on his personal credit profile stating that an FCRA dispute was made and the consumer disagrees. **See Exhibit B.**

D.                                       <u>CLAIM ONE</u>

6. The Plaintiff asserts that the Defendant Wells Fargo violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 s-2(b) when the Defendant provided incorrect, inaccurate, misleading and false information to the three main credit reporting agencies. The plaintiff for years tried filing a direct dispute to Wells Fargo without any luck whatsoever. There were never any late payments made to Wells Fargo. In addition, Wells Fargo owed the Plaintiff $1,410 of the Secured Credit Card on file with Wells Fargo. After many attempts, the Plaintiff decided to start the dispute process with Experian, Trans Union, and Equifax. On January 18, 2016, Experian sent the Plaintiff an

updated credit report notifying him that a dispute was directly sent to Wells Fargo and was pending a response. Wells Fargo NEVER conducted any investigation into the accuracy of the information that Experian, Trans Union, and Equifax provided.

7.     To state a FCRA calim under § 1681s-2(b) against a furnisher of information, a consumer must allege that "1) the furnisher provided inaccurate information to the credit reporting agency ("CRA"); 2) the CRA notified the furnisher of a dispute; and 3) the furnisher failed to conduct a reasonable investigation into the accuracy of the disputed information, in light of the information provided to it by the CRA." Middleton v. Plus Four, Inc. 2:13-CV-01421-GMN-GWF, 2014 U.S. DIST. LEXIS 30619, 2014 WL 910351, AT *3

8.     For the last 5 years starting in June of 2011, the Plaintiff has fought rigoursly to remove the negative item from a secured credit card late payment that was never true. Over 10 different dispute letters were sent to Wells Fargo disputing the inaccuracy of information it was sending to Experian, Trans Union, and Equifax. The Plaintiff decided that it was best to directly communicate this information to the CRA's. The Credit Reporting Agency sent copies of the personal credit profile for the Plaintiff acknowledging that a dispute was sent to the Defendant as stated in **Exhibit B.** In light of the information that was provided to the CRA's regarding the discrepancy of the Plaintiff's personal credit profile, Wells Fargo continues to ignore any request by the Plaintiff.

9.     Here, The Plaintiff shows that (1) he found an inaccuracy in his credit report; (2) The Plaintiff notified all three major credit reporting agencies of such error or inaccuracy; (3) the credit reporting agency notified the furnisher (Wells Fargo) of the incorrect information; and (4) the furnisher (Wells Fargo) failed to investigate the inaccuracies or further failed to comply

4

with the requirements in 15 U.S.C. § 1681s-2(b)(1)(A)-(E).  The Defendants did not use "reasonable procedures to assure maximum possible accuracy" in reporting the correct credit debt on the Plaintiff's personal credit report. The Defendants knowingly, willfully, intentionally and recklessly failed to conduct any investigation into the accuracy of the disputed information made by the Plaintiff. The Defendants only sent a "template" letter month after month to the Plaintiff acknowledging no account exists after discussions with a customer service representative acknowledging an account does exist. The Plaintiff was distressed with the lack of communication because of the multiple attempts to verify the diragatory marks placed on his personal credit profile.

10.    The Plaintiff hereby seeks statutory damages in the amount of $1,000.00 for the violations of 15 U.S.C. § 1681s-2(b).

E.                                CLAIM TWO

11.    The Plaintiff asserts that the Defendant violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b) which subject the Defendant to punitive damages. 15 U.S.C. § 1681n states, "any person who willfully fails to comply with any requirement imposed under this title (15 USCS §§ 1681 et seq.) with respect to any consumer is liable to that consumer in an amount equal to the sum of--

(2) sum amount of punitive damages as the court may allow.

12.    In Count One, the Plaintiff explained that the Defendant willfully violated the Fair  Credit Reporting Act when they knowingly and intentionally failed to conduct any investigation with respect to the accuracy of the disputed information made by the plaintiff over a five (5) year period. See Reynolds v. Hartford Fin. Servs. Group, Inc., 435 F.3d 1081 (9th Cir. Court of Appeals 2005), which states the meaning of "willfully".

'Willfull' is widely used in the law, and although it has not by any means been given a perfectly consistent interpretation, it is generally understood to refer to conduct that is not merely negligent. "Additionally, we adopt the position of four of the five other circuits and hold that, although the act must be intentional, it need not be the product of 'malice or evil motive',they went on to say, 'we hold that as used in ('FCRA") "willfully" entails a "conscious disregard" of the law, which means either knowing that policy or action contravede those rights.' Wells Fargo not only knowingly and willfully violated the Plaintiff by ignoring more than ten (10) different requests over a five (5) year period but showed a reckless disregard by abusing their fiduciary duties awarded to them by congress.

13.     The Plaintiff has experienced headaches, chest pains, diarrhea, constipation, depression, sleepless nights, neck tension, nervousness, and eating dissorders all attributed to Emotional Distress. The pain and suffering has been so much that the Plaintiff had to temporarly quit college to pursue an associates degree in business to focus on very basics of federal law  and its procedures. The Plaintiff has been prescribed medication associated with depression and has met with the psychology department in the Federal Institution the Plaintiff is currently residing at. **See Exhibit C.** The Plaintiff has spent almost 600 hours reading, writing, and learning federal law because of the Defendants willfull and malicous actions to ignore the Plaintiffs request of removing the diragotory credit effecting his personal credit profile and refunding $1,410.00 to his account. The Plaintiff is soon to be released back to his community within the next 15 months or so. As a college student in the federal prison system, he understands through finance courses that personal credit is the most important aspect of our lives. It is humiliating that any consumer has to deal with the bullish behavior for 5 years from  a creditor

1 the size of Wells Fargo.

2     14.    <u>Lowry v. Croft</u> (In re Croft) (2013, BC WD TEX) 500 BR 823 explains

3 that the award of punitive damages in the amount of $75,000.00 served the

4 Fair Credit Reporting Act's goal of punishment and deterrence for the

5 intentional, willfull, and malicious violation of the act. The federal judge

6 gos onto explain that a 1:75 ratio of statutory damages award to punitive

7 damages was necessary to achieve the purpose of punitive damages.

8     15.    <u>Saunders v. Branch Banking & Trust Co.</u> (2008, CA4 Va) 526 F.3d

9 142 explains how a creditor willfully breached its credit reporting

10 obligations, punitive damages were properly awarded to debtor under Fair

11 Credit Reporting Act, 15 U.S.C. § 1681n, and although there was a ratio of

12 1:80 between statutory damage award and punitive damage award, punitive damages

13 were not unconstitutional because the creditor intentionally refused to

14 correct its report to reflect that debt was disputed, which harmed debtor

15 financially, since he was thereafter unable to obtain a favorable loan, and

16 a smaller award would not serve as a meaningful deterrent to a creditor.

17     16.    For the reasons stated above, the Plaintiff hereby seeks

18 punitive damages in the amount of $75,000.00 for the violation of the

19 ("FCRA"), 15 U.S.C. § 1681 s-2(b).

20 F.                                 **<u>DAMAGES</u>**

22     17.    15 U.S.C. § 1681n - Civil Liability for willful non-compliance

23 - (a) Any person who wilfully fails to comply with any requirement imposed

24 under this title (15 USCS §§ 1681 et.seq.) with respect to any consumer is

25 liable to that consumer in an amount equal to the sum of:

26 (1)(A) any actual damages sustained by the consumer as a result of the failure

27 or damages of not less than $100 and not more than $1,000.00

28 (2) such amount of punitive damages as the court may allow.

G.                              <u>REQUESTED RELIEF</u>

<u>CLAIM ONE:</u>    A violation of 15 U.S.C. § 1681s-2(b) allows for a $1,000.00 statute violation under § 1681n(1)(A).

<u>CLAIM TWO:</u>    A violation of 15 U.S.C. § 1681s-2(b) allows for punitive damages charged to Wells Fargo. The amount of punitive damages the Plaintiff wishes to impose is $75,000.00 for their willful failure to comply with the requirements imposed under 15 U.S.C. § 1681n(a)(2).

<u>TOTAL DAMAGES:</u>The total amount of damages requested by the Plaintiff is $76,350.00.

18.    The $350.00 added in the total damages section is the court costs associated with filing this action.

I Matthew Stewart, hereby declare under penalty of perjury in the State of California, that the information stated in this complaint and any attachments to this form is true and correct.

"Without prejudice"

DATE:                              BY: _____
                                        Matthew Stewart

# EXHIBIT

# "A"



Customer Correspondence
MAC P6102-03A
P.O. Box 6995
Portland, OR 97228-6995

November 4, 2013

Matt J. Stewart, #45515048
Federal Correctional Institute
P. O. Box 3007
San Pedro, CA 90731-3007

Subject: Closed accounts

Dear Matt Stewart:

Thank you for your letter. We recognize it is difficult to manage records of your accounts at this time, and we appreciate the opportunity to assist you.

### Re-opening closed accounts

- We regret the inconvenience; however, once an account has been closed we are unable to reopen the account. To once again have an account with Wells Fargo, your option would be to open a new account.

- To open a new account, please call *Wells Fargo Phone Bank*℠ anytime at 1-800-TO-WELLS (1-800-869-3557). Press 0 at the recording and a Phone Banker will gladly assist you. When you call, please have your identification and a credit card with $100.00 in available credit.

- If you are unable to dial 1-800 numbers, please place a collect call to *Wells Fargo Phone Bank*℠ by dialing 1-775-335-1115. Please select option 1 and a Phone Banker will gladly assist you.

### Your closed accounts

- For your closed credit card account, your letter was forwarded to our Credit Card Servicing department for further review. They will respond to you under separate cover.

- We show your Custom Management Checking account ending in 7409 was closed July 26, 2011, with a $1.17 overdraft. In addition, your Goal Savings account ending in 1781 was closed April 4, 2011, with an $8.99 overdraft.



Customer Correspondence
MAC P6102-03A
P.O. Box 6995
Portland, OR 97228-6995

December 27, 2013

Matt J. Stewart #45515048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Subject: Your request for statements and account status

Dear Matt Stewart:

Thank you for your letter; we appreciate the opportunity to address your request.

**What we have done:**
- We forwarded your letter to our Credit Card Department for their review and response.

**What you need to know:**
- Your account closed July 26, 2011, with a $1.17 overdraft. The information was not reported to ChexSystems or Early Warning Services. ChexSystems and Early Warning Services provide information to financial institutions to aid them in determining if an account should be opened for an applicant.

- Our photocopy fees are $5.00 per copy. As a courtesy, we enclosed complimentary copies of your statements from October 29, 2010, through February 28, 2011. If you require the other 5 statements, the fee is $25.00. You can send the fee and your request to our *letterhead address.*

**What you can do:**
- If you need further assistance and have access to a telephone, please call *Wells Fargo Phone Bank*SM at 1-800-TO-WELLS (1-800-869-3557) available 24 hours a day, 7 days a week. Press 0 at the recording and a Phone Banker will gladly assist you.

- If you are unable to dial 1-800 numbers, please place a collect call to *Wells Fargo Phone Bank*SM by dialing 1-775-335-1115. Please select option 1 and a Phone Banker will gladly assist you.

Thank you.

Sincerely,

Lee Watson
Correspondence Representative
Customer Correspondence

Enclosure

76346259



Customer Correspondence
MAC P6102-03A
P.O. Box 6995
Portland, OR 97228-6995

January 21, 2014

Matt J. Stewart #45515048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Subject: Your request for statements on your former savings account

Dear Matt Stewart:

Thank you for your letter; we appreciate the opportunity to address your request.

**What we have done:**
- We contacted our Credit Card Department and confirmed they were unable to locate a credit card account for you.  To provide the information you require, please provide us with a full credit card number.

- As a courtesy, we enclosed complimentary copies of your statements from October 1, 2010, through June 30, 2011.

**What you can do:**
- If you would like to dispute any transactions on your checking account and have access to a telephone, please call *Wells Fargo Phone Bank*SM at 1-800-TO-WELLS (1-800-869-3557) available 24 hours a day, 7 days a week. Press 0 at the recording and a Phone Banker will gladly assist you. Please be able to provide specific details such as the date, dollar amount, and transaction description.

- If you are unable to dial 1-800 numbers, please place a collect call to *Wells Fargo Phone Bank*SM by dialing 1-775-335-1115. Please select option 1 and a Phone Banker will gladly assist you.

- If you prefer, you can send the above information to our *letterhead address*.

Thank you.

Sincerely,

Lee Watson
Correspondence Representative
Customer Correspondence

Enclosure

77076892



Wells Fargo Bank, N.A.
Card Services & Consumer Lending
PO Box 560947
Charlotte, NC 28256-0947

July 17, 2014

Matt J. Stewart #45515048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Subject: Response to letter regarding your VISA ending 4412

Dear Matt J. Stewart:

Thank you for taking the time to contact Wells Fargo Bank with your questions regarding the above referenced account. Your correspondence was forwarded to our department for review and response.

I have enclosed copies of your statements from November 2010 to June 2011. If you're previous correspondence was not responded to please accept my apology. We do not show an address change being processed for your account profile and we also do not show any active accounts for you.

As stated on your monthly statement under Billing Rights Summary, it states, "If you believe your bill is wrong (an "Error"), or if you need more information about a transaction on your bill, write to us on a separate sheet of paper as soon as possible at: P.O. Box 522, Des Moines, IA 50306-0522. We must hear from you no later than 60 days after we sent you the first bill on which the Error appeared. You may notify us using other means (including calling us at the number listed on the front of the statement), but doing so will not preserve your rights.

In your letter (a "Written Notice"), provide the following information:

- Your name and account number.

- The date and dollar amount of suspected Error.

- Description of the Error and why you believe there is an Error. If you need more information, please describe the item you are not sure about.

You do not have to pay any alleged Error amount while we are investigating, but you are still obligated to pay the parts of your bill that are not part of the alleged Error amount. While we investigate, we cannot report you as delinquent or take any action to collect the alleged Error amount."

If you have any additional questions, please call Customer Service toll free at 1-800-642-4720. Agents are available to assist you 24 hours a day, 7 days a week.

Thank you.

Sincerely,

P. Hawkins
Senior Correspondence Specialist

Enclosure

Oct 17, 2014


P. Hawkins
Wells Fargo Bank, N.A.
Card Service & Consumer lending
PO Box 560947
Charlotte,NC 28256-0947

Subject: Refund check account : 4426-4410-1030-4412

Dear P. Hawkins:

Please provide me an update on the status of my replacement check
in the amount of $1410.00 due from Visa Credit card account:
4426-4410-4412


I spoke with a Wells Fargo Representative back in August
regarding this claim. I was informed the matter was being
investigated by Card Services, and I should expect a response by
mail in a few months. The representative also explained as long
as the initial check had not been cashed a new check would be
issued in its place.


Please send the replacement check to my inmate account address.
Also if you would update my billing address for your records it
would be much appreciated. I have always been highly satisfied
with the service I have received from your company and its
employees. When time permits I hope to re-establish another
account and remain a valued customer.

Sincerely,


Matt J. Stewart
Nitro-Gx, (CEO)
Email: Nitrogx@yahoo.com



Wells Fargo Bank, N.A.
Card Services & Consumer Lending
P.O. Box 560947
Charlotte, NC 28256-0947

November 6, 2014

Matt J. Stewart #45515048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Subject: Response to letter regarding your VISA ending 4412

Dear Matt J. Stewart:

Thank you for taking the time to contact Wells Fargo Bank with your questions regarding the above referenced account.  Your correspondence was forwarded to our department for review and response.

After a review of your account profile, our records do not show any active accounts for you.  For this reason, we are unable to update your mailing address.

In regard to a replacement check for the above referenced account, we are unable to locate a claim number for this account.  In order for us to research the claim for this account, please provide us your claim number.

If you have any additional questions, please call Customer Service toll free at 1-800-642-4720.  Agents are available to assist you 24 hours a day, 7 days a week.

Thank you.

Sincerely,

P. Hawkins

P. Hawkins
Senior Correspondence Specialist



Wells Fargo Bank, N.A.
Card Services & Consumer Lending
P.O. Box 560947
Charlotte, NC 28256-0947

January 12, 2015

Matt J. Stewart #45515048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90731

Subject: Response to letter regarding your VISA ending 4412

Dear Matt J. Stewart:

Thank you for taking the time to contact Wells Fargo Bank with your questions regarding the above referenced account. Your correspondence was forwarded to our department for review and response.

After a review of your account profile, our records do not show any active accounts for you. For this reason, we are unable to research the above referenced account. We are unable to locate a claim number for this account. We'd be more than willing to review your concerns if new information were provided. Please consider this our closing letter unless we receive new information.

If you have any additional questions, please call Customer Service toll free at 1-800-642-4720. Agents are available to assist you 24 hours a day, 7 days a week.

Thank you.

Sincerely,

P. Hawkins
Senior Correspondence Specialist

MATTHEW STEWART
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box #3007
San Pedro, CA 90731

June 24, 2015

EXPERIAN
P.O. Box 9701
Allen, TX 75013

Gentlemen:

I am submitting material herewith requesting a copy of my free annual credit report. In keeping with that request please find the following information:

1) Formal Free Credit Report Request

2) Certificate of Identity for Federal Prisoner signed by an authorized Prison Official.

3) Enlarged copy of my inmate I.D.

Please process and forward my report to the address of this letterhead.

Thank you for your assistance and response.

Respectfully,

Matthew Stewart

MATTHEW STEWART
Reg #45515-048
Federal Correctional Institution
P.O. Box #3007
San Pedro, CA 90731

July 30, 2015

Experian
P.O. Box #9701
Allen, TX 75013

ATTN: CUSTOMER SERVICE
REPORT #1205-6038-75

Dear Sir/Madam,

I just received my experian credit report from you dated July 20, 2015, for which I thank you. I have enclosed a copy of items that I do not recall THAT ARE INJURIOUS TO MY CREDIT STANDING AND DO NOT REFLECT TRUE AND ACCURATE INFORMATION.

PLEASE REMOVE THE FOLLOWING:

Cach, LLC              (Collection)   #120019425671
Credit One Bank        (Closed)       #444796218031
Wells Fargo Bank       (Closed)       #442644101030
American Collections   (Collection)   #10091531705

I know my rights under the FAIR CREDIT REPORTING ACT. Please remove these items so that I do not have to involve any other third parties.

Once you have completed your investigations and removed the items, please send me an updated copy of my credit report.

Respectfully,


Matthew Stewart

**Matthew Stewart**
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box #3007
San Pedro, CA 90731

September 6, 2015

Experian
P.O. Box #9701                    ATTN: CUSTOMER SERVICE
Allen, TX 75013                   Report #0535-8716-54

Dear Sir/Madam,

I just received my Experian Report dated August 28, 2015. There are items listed that I do not recall. Please remove these immediately. They do not reflect true and accurate information. **THEY ARE INJURIOUS TO MY CREDIT STANDING. I AM IN FEDERAL PRISON.**

REMOVE THE FOLLOWING IMMEDIATELY:

Bank of America          (Write-Off)    #488894099277
CACH, LLC               (Charge-Off)   #120019425671
Commonwealth Finanical Sy(Collection)  #D62924932N1
Wells Fargo Bank         (Closed)       #442644101030

Please send me an updated copy of my report once you have removed the listed items. I know my rights under the Fair Credit Reporting Act.


Govern Yourself Accordingly,


Matthew Stewart

Matthew Stewart
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box #3007
San Pedro, CA 90733

October 10, 2015

Experian
P.O. Box #9701
Allen, Tx 75013

ATTN: CUSTOMER SERVICE
Report #3893-7200-99

Dear Sir/Madam,

I just received my report from your company dated
October 1, 2015. This report still has items remaining on it
that I do not recall as being mine. I need these items removed
so my report can reflect TRUE AND ACCURATE INFORMATION. Please
reinvestigate and remove these items. I AM IN FEDERAL PRISON.

REMOVE THE FOLLOWING:

Bank of America      (Charge-Off) #488894099277
Cach, LLC            (no status)  #120019425671
Wells Fargo Bank     (Paid,closed)#442644101030

Once you have made the corrections to the account,
please send me a copy of my report.

Govern Yourself Accordingly,


Matthew Stewart


cc: file
    attorney

Matthew Stewart
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90733

December 30, 2015

Experian
P.O. Box 9701
Allen, TX 75013

ATTN: CUSTOMER SERVICE
Report #3360-2194-31

Dear Sir/Madam,

I am in receipt of my Experian report dated November 24, 2015. There are items on this report that I do not recall. Please reinvestigate and remove these items so that my report will reflect true and accurate information which is my right under the Fair Debt Collection Act. I AM IN FEDERAL PRISON.

DELETE IMMEDIATELY

| Bank of America | (Closed) | #488894099277 |
| Cach LLC | (Collection) | #12001942 |
| Wells Fargo Bank | (Closed) | #442644101030 |

Once you have corrected these errors please send me an updated copy of my report. My credit is very important to me and I want to get these issues resolved without having to involve any other third parties.

Govern Yourself Accordingly,

Matthew Stewart

Matthew Stewart
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90733

December 30, 2015

TransUnion
P.O. Box 2000
Chester, PA 19016

ATTN: CUSTOMER SERVICE
<u>File #355212834</u>

Dear Sir/Madam,

I just received my report dated 12/2/15. There are items on this report that I do not recall. I need my report to reflect true and accurate information. <u>I AM IN FEDERAL PRISON</u>.

<u>DELETE IMMEDIATELY</u>

Cach LLC.                (Collection)  #12001942

Wells Fargo Card Service  (Collection)  #442644101030

I need your company to reinvestigate and delete these erroneous items. Please send me an updated copy of my report once you have made the changes.

Govern Yourself Accordingly,

Matthew Stewart

Matt Stewart                                    February 14, 2016
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90733


TransUnion
P.O. Box 2000
Chester, PA 19016

        ATTN: CUSTOMER SERVICE
        File#357465014

Dear Sir/Madam,
        I am in receipt of my TransUnion report dated 1/20/16.
There are **TWO** items on this report that **I DO NOT RECALL**. I
need these items to be removed so that my report will reflect
true and accurate information as is my right under the <u>Fair Credit</u>
<u>Reporting Act</u>.

                      **REMOVE IMMEDIATELY:**

CACH LLC       Acct#12001942      (Collection)
Wells Fargo Card Service      Acct#442644101030       (Closed)


        Once you have completed your investigation and removed
these items, please send me an updated copy of my report to
reflect the corrections.

                              Govern Yourself Accordingly,

                              Matt Stewart

Matthew Stewart                February 14, 2016
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90733


Experian
P.O. Box 9701
Allen, TX 75013


      ATTN: CUSTOMER SERVICE
      Report #1080-8944-84

Dear Sir/Madam,

    I am in receipt of my Experian Report dated January
18, 2016. There are **THREE** items on this report that I DO NOT
RECALL. I need these items removes so that my report will
reflect true and accurate information as is my right under
the Fair Credit Reporting Act. **I AM IN FEDERAL PRISON**.

           REMOVE THE FOLLOWING:
Bank of America      Acct#488894099277      (Closed)
CACH, LLC      Acct#120019425671      (Write Off)
Wells Fargo Bank      Acct#442644101030      (Closed)


    Once you have completed your investigation and made
the corrections, please send me an updated copy of my report.
My credit is of great importance to me and I want to get these
issues resolved without having to involve any other third parties.

                  Govern Yourself Accordingly,

                  Matthew Stewart

# EXHIBIT

# "B"



Experian
A world of insight

Prepared for: **MATTHEW JAMES STEWART**
Date: **January 18, 2016**
Report number: **1080-8944-84**

Page 3 of 6

Your accounts that may be considered negative (continued)

**WELLS FARGO BANK**
PO BOX 14517
DES MOINES IA 50306
**Phone number**
(800) 642 4720
**Partial account number**
442644101030....
**Address identification number**
0399323121

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Jun 2009 | Secured Card | original amount |
| **First reported** | **Terms** | $1,500 |
| Feb 2011 | Not reported | **High balance** |
| **Date of status** | **Monthly** | $1,540 |
| Jun 2011 | **payment** | |
| | Not reported | |

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid, Closed.
**Comment**
Completed investigation of FCRA dispute – consumer disagrees.
**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Jan 2016.

**Payment history**
2011
JUN MAY APR MAR FEB
CLS IND CLS CLS CLS

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

☑ **Credit items**

**WELLS FARGO BANK**
PO BOX 14517
DES MOINES IA 50306
**Phone number**
(800) 642 4720
**Partial account number**
442644100756....
**Address identification number**
0677127681

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Jan 2008 | Secured Card | original amount |
| **First reported** | **Terms** | $300 |
| Jan 2008 | Not reported | **High balance** |
| **Date of status** | **Monthly** | $38 |
| Apr 2008 | **payment** | |
| | Not reported | |

**Recent balance**
Not reported

**Responsibility**
Individual
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Apr 2018.
**Comment:**
Account closed at credit grantor's request.

**Payment history**
2008
APR MAR FEB JAN
CLS CLS CLS CLS

0388710315

Page 1 of 1


**TransUnion**

File Number: 357465014
Date Issued: 01/20/2016

### -Begin Credit Report-

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | CCL | VS | RPO | C/O | FCL |
|-----|---|-----|----|----|----|-----|-----|----|----|-----|-----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**CACH LLC #12001942****** ( 4340 S MONACO, SECOND FLOOR, DENVER, CO 80237, (877) 304-0146 )

| | | | |
|---|---|---|---|
| Placed for collection: 03/28/2013 | **Balance:** | $1,401 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 01/19/2016 | |
| **Account Type:** Open Account | **Last Payment Made:** | 10/12/2010 | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Amount:** | $1,400 | |
| | **Original Creditor:** | BANK OF AMERICA N A | |
| | **Past Due:** | ›$1,400‹ | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 01/2018

**WELLS FARGO CARD SERVICE #442644101030****** ( CREDIT BUREAU RESOLUTION, P O BOX 14517, DES MOINES, IA 50306, (800) 642-4720 )

| | | | |
|---|---|---|---|
| **Date Opened:** 06/01/2009 | **Balance:** | $0 | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | **Date Updated:** | 06/01/2011 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Payment Received:** | $0 | **Date Closed:** 04/01/2011 |
| **Loan Type:** SECURED CREDIT CARD | **Last Payment Made:** | 12/06/2010 | **Date Paid:** 12/06/2010 |
| | **High Balance:** | $1,540 | ›Maximum Delinquency of 90 days in 05/2011‹ |
| | **Credit Limit:** | $1,500 | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; CLOSED

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### - End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

### -End of Credit Report-



**Experian**
A world of insight

Prepared for: **MATTHEW JAMES STEWART**
Date: **January 18, 2016**
Report number: **1080-8944-84**

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| OK | Current/Terms of agreement met |
| 30 | Account 30 days past due |
| 60 | Account 60 days past due |
| 90 | Account 90 days past due |
| 120 | Account 120 days past due |
| 150 | Account 150 days past due |
| 180 | Account 180 days past due |
| CRD | Creditor received deed |
| F | Foreclosure proceedings started |
| FS | Foreclosed |
| VS | Voluntarily surrendered |
| R | Repossession |
| PBC | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| D | Defaulted on contract |
| C | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

## Credit items

**BANK OF AMERICA**
PO BOX 982238
EL PASO TX 79998
**Phone number**
(800) 421 2110
**Partial account number**
488894009277........
**Address identification number**
0399323121

| Date opened | Dec 2006 | Type | Credit card | Credit limit or original amount | Not reported | Recent balance | $0 as of Mar 2013 |
|---|---|---|---|---|---|---|---|
| First reported | Oct 2009 | Terms | Not reported | High balance | $1,400 | Recent payment | $179 |
| Date of status | Mar 2013 | Monthly payment | Not reported | | | | |

**Responsibility**
Individual
**Status**
Closed. $1,400 written off.
**Comment:**
Purchased by another lender.
This item remained unchanged from our processing of your dispute in Jan 2016.

**Payment history**

| 2013 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

---

**CACH, LLC**
4340 S MONACO ST UNIT 2
DENVER CO 80237
**Phone number**
(877) 304 0146
**Partial account number**
12001942567 1
**Address identification number**
0232891416
**Original creditor BANK OF AMERICA N.A.**

| Date opened | Mar 2013 | Type | Credit limit or original amount | Not reported | Recent balance | Not reported |
|---|---|---|---|---|---|---|
| First reported | Jul 2013 | Terms | 1 Months | High balance | Not reported | |
| Date of status | Jul 2013 | Monthly payment | Not reported | | | |

**Responsibility**
Individual
**Status**
NO STATUS.
**Comment**
Account in dispute under Fair Credit Billing Act.
This item was updated from our processing of your dispute in Jan 2016.

| 2010 | | | | | | | | | | | | 2009 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

0388710315

Matthew Stewart
Reg. No. 45515-048
Federal Correctional Instituion
P.O. Box #3007
San Pedro, CA 90731

August 26, 2015

Equifax
P.O. Box #105379
Atlanta, GA 30348-5379

**ATTN: CUSTOMER SERVICE**
**CONFIRMATION #5230036073**

Dear Sir/Madam,

    Thank you for sending me my investigated Equifax report dated August 18, 2015. There are still items on this report that **I DO NOT RECALL AS BEING MINE**. I am in **FEDERAL PRISON** at this time. I need my report to show true and accurate information which it does not at this time.

**PLEASE DELETE THE FOLLOWING:**

Bank of America         (Charge-Off)   #488894099277
Wells Fargo Bank Card Service(Closed)   #442644101030
Wells Fargo Bank Card Service(Closed)   #442644100756

    I do not recall these items and I need them to be removed immediately. Please send me an updated copy of my report when you have finished your investigations.

Govern Yourself Accordingly,

Matthew Stewart

TO: Equifax
　 P.O. Box #105069
　 Atlanta, GA 30348-5069

```
┌─────────────────────────────────┐
│ ENCLOSED IS A COPY OF MY         │
│ CERTIFICATE OF IMPRISONMENT      │
│ SIGNED BY A PRISON AUTHORITY     │
│ VALIDATING MY NAME AND INMATE    │
│ NUMBER FOR THE INSTITUTION       │
│       (310-831-8961)             │
└─────────────────────────────────┘
```

FROM: Matthew Stewart

DATE: September 16, 2015

RE: Requesting Credit Report/Credit File

Dear Sir/Madam,

　 I am currently respectfully requesting a copy of my credit report through you company. I may have been a fraud victim but need my report to see the items that are on it. My current address is listed below for your convenience.

My Full Name: Matthew Stewart

My Social Security Number: 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

My Date of Birth: 3/13/79

My Current Address is: Federal Correctional Institution
　　　　　　　　　　　　　 P.O. Box #3007
　　　　　　　　　　　　　 San Pedro, CA 90731

　 Enclosed, please find further evidence of my identity. I am currently incarcerarted in the Federal Bureau of Prisons (herein FBOP), located at P.O. Box 3007, San Pedro, California 90731. I am currently in full custody of the presiding warden of this institution. You may contact the FBOP, or this institution specifically, to verify not only my identity, but my whereabouts. Any further questions shall be answered by my assigned case manager. The only evidence that I am currently able to provide, also attatched, is a copy of my prisoner ID card, along with a signature verification stamp by my case manager. Any additional information would have to be obtained through your efforts at your organization. I have done all that I am able to do with my current situation.

　 According to the provisions of Title 15 U.S.C. Section 1681(j), there should be no charge for this request. Please take heed of this situation to immediately forward my credit file, in it's entirety (to the address listed above and below - my current address) as soon as time allows you to do so. In addition, please include a request for investigation form for any remaining disputable items.

　 Please respond immediatley so that I do not need to pursue my legal rights under Title 15 U.S.C. Section 1681(n) or Section 1681(o), which require your compliance with the law.

　　　　　　　　　　　　　　　　　　　　　 Respectfully,

Matthew Stewart
Reg. No. 45515-048
Federal Correctional Institution
P.O. Box #3007
San Pedro, CA 90733

October 10, 2015

Equifax
P.O. Box #105069
Atlanta, GA 30348

ATTN: CUSTOMER SERVICE
Confirmation #5271052148

Dear Sir/Madam,

I just received your my report from your company dated September 28, 2015. This report still has items remaining that I do not recall. I need these items removed so that my report can reflect TRUE AND ACCURATE INFORMATION. Please reinvestigate and remove these items. I AM IN FEDERAL PRISON.

REMOVE THE FOLLOWING:

Cach, LLC                    (Collection)  #120019425671
Wells Fargo Bank Card S(Paid,Closed) #442644101030
Wells Fargo Bank Card S(Paid,Closed) #442644100756

Once you have made the correction to the above account, please send me an updated copy of my report.

Govern Yourself Accordingly,

Matthew Stewart

cc: file
    attorney

# EXHIBIT

# "C"

TRULINCS  45515048 - STEWART, MATTHEW JAMES - Unit: TRM-J-A

--------------------------------------------------------------------------------

FROM: 45515048
TO: Health Services
SUBJECT: ***Request to Staff*** STEWART, MATTHEW, Reg# 45515048, TRM-J-A
DATE: 04/23/2016 02:45:12 PM

To: PSYCHOLOGY
Inmate Work Assignment: NORTH YARD REC

Good Afternoon,

I've been working on establishing my credit the last 6 years and I'm experiencing anxiety, headaches, nausea and tension
dealing with my personal issues. I would like someone to talk to and any methods to deal with the extreme stress that I'm
experiencing. Please get back to me at your earliest convenience.



* LE6AL MAIL *

* LE6AL MAIL *

Matthew Clyde Heckroma
Federal C
Terminal Island
Post Office Box 3007
San Pedro, California Republic
[ 90733 ]

Federal Courts
Civil Section, Clerks Office Room 617
312 North Spring Street
Los Angeles, California Republic
[ 90012 ]

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 8 2016
CENTRAL DISTRICT OF CALIFORNIA