UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW STEWART, | ) | NO. CV 16-4101-PSG (AGRx) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WELLS FARGO, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the complaint, records on file, and the Recommendation of the United States Magistrate Judge that the Court grant Plaintiff's Request For Service by the U.S. Marshal. The Court accepts the findings and recommendation of the Magistrate Judge. The Court will issue an order directing service of process under separate cover.

DATED: July 18, 2016

PHILIP S. GUTIERREZ
United States District Judge