UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 16-4101-PSG (AGRx) | Date | August 18, 2016 |
|---|---|---|---|
| Title | Matthew Stewart v. Wells Fargo | | |

| Present: The Honorable | PHILIP S. GUTIERREZ | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings (In Chambers):** Order DISMISSING the Case

On June 14, 2016, the Order re Request to Proceed Without Prepayment of Filing Fees was filed. See Dkt. #5. In the order, Plaintiff was notified that failure to remit the initial partial filing fee of $50.00 would result in the dismissal of the case.

To date, Plaintiff has not made his initial partial filing fee payment. Accordingly, the Court dismisses the entire case.

cc: FISCAL
    ATTY ADM

Initials of Preparer    wh